**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joshua  S. Greaves                                                CHAPTER 13

Debtor(s)

BKY. NO. 21-20621 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
08 Feb 2022, 14:34:51, EST

Brian C. Nicholas, Esq. (317240)  ☑
Maria D. Miksich, Esq. (319383)  ☐
Denise Carlon, Esq. (317226)      ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com