**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSHUA S. GREAVES,

        Debtor

---

JOSHUA S. GREAVES,

        Movant

    v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, Capital One Auto Finance,
PHFA, M&T Bank, PWSA, Best Buy,
Capital One Bank, Duquesne Light, Navient,
PNC Bank, City and School District of Pittsburgh,
Portfolio Recovery, LVNV Funding LLC,
Capital One Bank, Duquesne Light, PNC Bank,
Navient, Peoples Gas Company LLC, AIS Portfolio,

        Respondents

Case 21-20621-GLT
Chapter 13

Related doc: 60

<u>NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION TO APPROVE SALE OF REAL ESTATE</u>

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an Order affecting your rights and property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **MARCH 21, 2022** , i.e., seventeen[17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely respond, the Motion may be granted by the Court by default without a Hearing.

    You should take this to your lawyer at once.

    An in-person hearing will be held on WEDNESDAY, APRIL 6, 2022, at 9:00 am. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who

fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| March 4, 2022 | /s/Christian M. Rieger |
| Date of Service | Christian M. Rieger, Esq.-307037 |
| | 2403 Sidney Street |
| | Suite 214 |
| | Pittsburgh, PA 15203 |
| | (412) 381-8809 |
| | (412) 381-4594 (fax) |
| | criegerlaw@gmail.com |