Case 21-20621-GLT    Doc 64    Filed 03/22/22    Entered 03/22/22 08:59:13    Desc Main
Document      Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOSHUA S. GREAVES,

        Debtor

---

JOSHUA S. GREAVES,

        Movant

v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, Capital One Auto Finance,
PHFA, M&T Bank, PWSA, Best Buy,
Capital One Bank, Duquesne Light, Navient,
PNC Bank, City and School District of Pittsburgh,
Portfolio Recovery, LVNV Funding LLC,
Capital One Bank, Duquesne Light, PNC Bank,
Navient, Peoples Gas Company LLC, AIS Portfolio,

        Respondents

Case 21-20621-GLT
Chapter 13

Related doc: 60-53
Hrg: 4/6/22, 9AM
Responses: 3/21/22

## CERTIFICATE OF NO OBJECTION TO
## MOTION TO APPROVE SALE OF REAL ESTATE FREE AND CLIEAR OF LIENS

    I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Debtor's Motion to Approve Sale of Real Estate, Exhibits, proposed Order, and Scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **March 21, 2022**, the response/objection due date, that I have received no response except ____n/a_____ .

Method of Service: Mail XX ;

        Respectfully submitted,

         /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

DATE: March 22, 2022