FILED
6/30/22 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joshua S. Greaves

Case No. 21-20621-GLT

Chapter 13

Debtor(s).

Related to Doc. Nos. 6 & 75

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  The Trustee

- ☐ a motion to lift stay
  as to creditor  _____

- ☐ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated March 19, 2021
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.     .

[04/22]    -1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>The claim of City and School District of Pittsburgh (EIT) (Claim #9) shall govern. The claim of Capital One Auto (Claim #4) shall be paid per the order dated 5/26/21 (Doc. 28) as a pay in full.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  30th  day of  June 2022.

_____
Gregory L. Taddonio      jah
United States Bankruptcy Judge

Stipulated by:

/s/ Christian M. Rieger
Christian M. Rieger (PA I.D. #307037)
Attorney for Debtor
Law Office of Christian M. Rieger
2403 Sidney Street
Suite 214
Pittsburgh, PA  15203
412-381-8809
criegerlaw@gmail.com

/s/ Jeffrey R, Hunt
Jeffrey R. Hunt (PA I.D. #90342)
Attorney for City and School District
Goehring Rutter et al
437 Grant Street Floor 14
Pittsburgh PA 15219
412-281-0587
jhunt@grblaw.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                                    -3-

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                         Case No. 21-20621-GLT
Joshua S. Greaves                                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                          Page 1 of 3
Date Rcvd: Jun 30, 2022                           Form ID: pdf900                                     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joshua S. Greaves, 921 Fordham Avenue, Pittsburgh, PA 15226-2123 |
| r | + | Michelle Williams, Keller Williams Realty, 1500 Oxford Drive, Bethel Park, PA 15102-1786 |
| cr | + | Pennsylvania Housing Finance, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15352223 | + | Leon P. Haller, Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2022 00:12:03 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 30 2022 23:58:00 | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 30 2022 23:58:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jun 30 2022 23:58:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15352219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:12:07 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15352220 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 01 2022 00:12:07 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 15361627 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2022 00:12:07 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15352221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2022 00:12:06 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15378371 | + | Email/Text: ebnjts@grblaw.com | Jun 30 2022 23:58:00 | City of Pittsburgh and City of Pittsburgh SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15352222 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 30 2022 23:58:00 | Duquesne Light, 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15219-1942 |
| 15378531 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 30 2022 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15377103 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 21-20621-GLT    Doc 81    Filed 07/02/22    Entered 07/03/22 00:23:06    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 30, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | |
| --- | --- | --- | --- |
| | | Jul 01 2022 00:12:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15352224 | Email/Text: camanagement@mtb.com | Jun 30 2022 23:58:00 | M&T Bank, Attn: Bankruptcy, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15359297 | + Email/Text: camanagement@mtb.com | Jun 30 2022 23:58:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 15352225 | + Email/PDF: pa_dc_claims@navient.com | Jul 01 2022 00:12:11 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15360082 | Email/PDF: pa_dc_ed@navient.com | Jul 01 2022 00:12:10 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15352228 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 30 2022 23:58:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15222 |
| 15372595 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 30 2022 23:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15352229 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:12:03 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15378437 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:12:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15352226 | + Email/Text: blegal@phfa.org | Jun 30 2022 23:58:00 | Pennsylvania Houseing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 15368898 | + Email/Text: blegal@phfa.org | Jun 30 2022 23:58:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15354790 | + Email/Text: ebnpeoples@grblaw.com | Jun 30 2022 23:58:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15352227 | + Email/Text: ebnpwsa@grblaw.com | Jun 30 2022 23:58:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15385303 | + Email/Text: ebnpwsa@grblaw.com | Jun 30 2022 23:58:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jun 30, 2022 | Form ID: pdf900 | Total Noticed: 29

Date: Jul 02, 2022                         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas
 on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Christian M Rieger
 on behalf of Debtor Joshua S. Greaves criegerlaw@gmail.com

Jeffrey R. Hunt
 on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Laurence A. Mester
 on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Leon P. Haller
 on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
 on behalf of Creditor Pennsylvania Housing Finance lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11