**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOSHUA S. GREAVES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:21-20621 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 24, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/19/2021 and confirmed on 8/16/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,617.36 |
| Less Refunds to Debtor | 18,024.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,593.08 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 310.77 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,810.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 1,404.27 | 1,404.27 | 0.00 | 1,404.27 |
| Acct: 7187 | | | | |
| PHFA(*) | 4,346.99 | 4,346.99 | 0.00 | 4,346.99 |
| Acct: 7928 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7187 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7928 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G102 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G102 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 7,300.00 | 7,300.00 | 385.62 | 7,685.62 |
| Acct: 7651 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4299 | | | | |
| | | | | 13,436.88 |
| **Priority** | | | | |
| CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSHUA S. GREAVES | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSHUA S. GREAVES | 3,024.28 | 3,024.28 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTIAN M RIEGER ESQ** | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBU | 982.30 | 982.30 | 0.00 | 982.30 |
| Acct: 0854 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 939.01 | 939.01 | 0.00 | 939.01 |
| Acct: $/OE | | | | |
| | | | | 1,921.31 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,776.47 | 4,776.47 | 0.00 | 4,776.47 |

21-20621 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1012 | | | | |
|   LVNV FUNDING LLC | 4,113.06 | 4,113.06 | 0.00 | 4,113.06 |
| Acct: 7870 | | | | |
|   CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6605 | | | | |
|   DUQUESNE LIGHT COMPANY* | 703.40 | 703.40 | 0.00 | 703.40 |
| Acct: 1002 | | | | |
|   M & T BANK | 4,129.50 | 4,129.50 | 0.00 | 4,129.50 |
| Acct: 0211 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O THE DEF | 14,704.03 | 14,704.03 | 0.00 | 14,704.03 |
| Acct: 0854 | | | | |
|   PNC BANK NA | 1,480.16 | 1,480.16 | 0.00 | 1,480.16 |
| Acct: 0879 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 2,534.24 | 2,534.24 | 0.00 | 2,534.24 |
| Acct: 6421 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 3,764.05 | 3,764.05 | 0.00 | 3,764.05 |
| Acct: 7651 | | | | |
|   M & T BANK | 1.00 | 1.00 | 0.00 | 1.00 |
| Acct: 7187 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 218.21 | 218.21 | 0.00 | 218.21 |
| Acct: 7294 | | | | |
|   PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LAURENCE A MESTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LEON P HALLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 36,424.12 |

TOTAL PAID TO CREDITORS      51,782.31

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 1,921.31 |
| SECURED | 13,051.26 |
| UNSECURED | 36,424.12 |

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSHUA S. GREAVES

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:21-20621

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua S. Greaves  
    Debtor

Case No. 21-20621-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Aug 25, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joshua S. Greaves, 921 Fordham Avenue, Pittsburgh, PA 15226-2123 |
| r | + | Michelle Williams, Keller Williams Realty, 1500 Oxford Drive, Bethel Park, PA 15102-1786 |
| cr | + | Pennsylvania Housing Finance, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15352223 | + | Leon P. Haller, Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2022 23:43:51 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Aug 25 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15352219 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:09 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15352220 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2022 23:43:53 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 15361627 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2022 23:43:51 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15352221 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:18 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15378371 | + Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | City of Pittsburgh and City of Pittsburgh SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15352222 | + Email/Text: kburkley@bernsteinlaw.com | Aug 25 2022 23:39:00 | Duquesne Light, 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15219-1942 |
| 15378531 | + Email/Text: kburkley@bernsteinlaw.com | Aug 25 2022 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15377103 | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 21-20621-GLT   Doc 92   Filed 08/27/22   Entered 08/28/22 00:28:15   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2022 23:43:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15352224 | | Email/Text: camanagement@mtb.com | Aug 25 2022 23:38:00 | M&T Bank, Attn: Bankruptcy, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15359297 | + | Email/Text: camanagement@mtb.com | Aug 25 2022 23:38:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 15352225 | + | Email/PDF: pa_dc_claims@navient.com | Aug 25 2022 23:43:52 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15360082 | | Email/PDF: pa_dc_ed@navient.com | Aug 25 2022 23:43:41 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15352228 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2022 23:38:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15222 |
| 15372595 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2022 23:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15352229 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:43 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15378437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15352226 | + | Email/Text: blegal@phfa.org | Aug 25 2022 23:39:00 | Pennsylvania Houseing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 15368898 | + | Email/Text: blegal@phfa.org | Aug 25 2022 23:39:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15354790 | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15352227 | + | Email/Text: ebnpwsa@grblaw.com | Aug 25 2022 23:38:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15385303 | + | Email/Text: ebnpwsa@grblaw.com | Aug 25 2022 23:38:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 29 |

Date: Aug 27, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Christian M Rieger
    on behalf of Debtor Joshua S. Greaves criegerlaw@gmail.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11