**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSHUA S. GREAVES,

            Debtor

Case: 21-20621-GLT
Chapter 13

_____

JOSHUA S. GREAVES,

        Movant

   v.

No Respondent

**DEBTOR(S)' CERTIFICATION OF DISCHARGE ELIGIBILITY
PURSUANT TO 11 U.S.C. § 1328**

1. Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay Domestic Support Obligations.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On June 2, 2022 at Docket Entry 70, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by completing the Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by undersigned Counsel, who duly questioned the Debtor(s) about the statements contained in this Certification and verified the answers in support thereof.

Respectfully submitted,

    /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA:307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: October 11, 2022